IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. JENKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH H. NEE, )<br>)<br>Defendant. ) | Civil Action No:<br>1:07-cv-01003-HHK |

## **Praecipe**

Will the Clerk of the Court please note the entry of appearance of Frederick A. Douglas of Douglas & Boykin PLLC and as counsel for Mr. Joseph Nee, in the instant action.

Respectfully submitted,

*Frederick A. Douglas*
Frederick A. Douglas