IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS**, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No: 1:07-cv-01003-HHK |
| **JOSEPH H. NEE**, | ) |
| *Defendant.* | ) |

### ANSWER OF DEFENDANT JOSEPH H. NEE TO COMPLAINT

Defendant, Joseph H. Nee (hereinafter "Mr. Nee" or "Defendant"), by and through undersigned counsel, hereby answers the Complaint filed by Willie M. Jenkins (hereinafter "Mr. Jenkins" or "Plaintiff") in the above-captioned matter. Defendant hereby answers and responds to the Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant retains the right to assert all appropriate defenses supported by facts learned through discovery or trial herein. Additionally, Defendant denies any claims of liability asserted in the Complaint filed herein.

### THIRD AFFIRMATIVE DEFENSE

Defendant hereby denies all allegations contained in the Complaint not expressly admitted to herein.

## FOURTH AFFIRMATIVE DEFENSE

Defendant pleads all available statutory defenses.

## FIFTH AFFIRMATIVE DEFENSE

In regard to the specific allegations of the Complaint by correspondingly numbered paragraphs, Defendant states as follows:

1. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

2. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

3. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

4. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

5. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

7. Defendant admits the allegation contained in this paragraph of the Complaint.

8. Defendant admits the allegation contained in this paragraph of the Complaint.

9. Defendant admits the allegation contained in this paragraph of the Complaint.

10. Defendant admits the allegation contained in this paragraph of the Complaint.

11. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

12. The allegation contained in this paragraph of the Complaint is denied.

13. The allegation contained in this paragraph of the Complaint is denied.

14. The allegation contained in this paragraph of the Complaint is denied.

15. The allegation contained in this paragraph of the Complaint is denied.

16. The allegation contained in this paragraph of the Complaint is denied.

17. The allegations contained in this paragraph of the Complaint, including subparts a through g, are denied.

## **COUNT ONE - 42 U.S.C. §1983**

18. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 17 of the Complaint.

19. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

20. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

21. The allegation contained in this paragraph of the Complaint is denied.

22. The allegation contained in this paragraph of the Complaint is denied.

23. The allegation contained in this paragraph of the Complaint is denied.

The allegations in the unnumbered paragraph which follows paragraph 23 are Plaintiff's request for relief to which no answer is required; however, to the extent a response is required, Defendant denies that any relief should be awarded and requests that the Court dismiss the Complaint, allowing Plaintiff to take nothing by way of damages and/or costs against Defendant.

### COUNT 2 – INFLICTION OF EMOTIONAL DISTRESS

24.   Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 23 of the Complaint.

25.   The allegation contained in this paragraph of the Complaint is denied.

26.   The allegation contained in this paragraph of the Complaint is denied.

27.   The allegation contained in this paragraph of the Complaint is denied.

The allegations in the unnumbered paragraph which follows paragraph 27 are Plaintiff's request for relief to which no answer is required; however, to the extent a response is required, Defendant denies that any relief should be awarded and requests that the Court dismiss the Complaint, allowing Plaintiff to take nothing by way of damages and/or costs against Defendant.

### COUNT 3 – DEFAMATION

28.   Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 27 of the Complaint.

29.   The allegation contained in this paragraph of the Complaint is denied.

30.   The allegation contained in this paragraph of the Complaint is denied.

31.   The allegation contained in this paragraph of the Complaint is denied.

The allegations in the unnumbered paragraph which follows paragraph 31 are Plaintiff's request for relief to which no answer is required; however, to the extent a response is required, Defendant denies that any relief should be awarded and requests that the Court dismiss the Complaint, allowing Plaintiff to take nothing by way of damages and/or costs against Defendant.

### COUNT 4- INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

32. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 31 of the Complaint.

33. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

34. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

35. The allegation contained in this paragraph of the Complaint is denied.

36. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

37. The allegation contained in this paragraph of the Complaint is denied.

The allegations in the unnumbered paragraph which follows paragraph 37 are Plaintiff's request for relief to which no answer is required; however, to the extent a response is required, Defendant denies that any relief should be awarded and requests that

the Court dismiss the Complaint, allowing Plaintiff to take nothing by way of damages and/or costs against Defendant.

## COUNT 5 – PERMANENT INJUNCTION

38.     Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 37 of the Complaint.

39.     The allegation contained in this paragraph of the Complaint is denied.

40.     The allegation contained in this paragraph of the Complaint is denied.

41.     The allegation contained in this paragraph of the Complaint is denied.

42.     The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.  To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

43.     The allegation contained in this paragraph of the Complaint is denied.

The allegations in the unnumbered paragraph which follows paragraph 43 are Plaintiff's request for relief to which no answer is required; however, to the extent a response is required, Defendant denies that any relief should be awarded and requests that the Court dismiss the Complaint, allowing Plaintiff to take nothing by way of damages and/or costs against Defendant.

WHEREFORE, Defendant requests judgment in its favor and against Plaintiff and granting of such other and further relief as is just and proper.

                                  Respectfully submitted,

                                       */s/ Robert L. Dillard*
By: _____
Frederick A. Douglas, Esq. Bar No. 197897
Curtis A. Boykin, Esq. Bar No. 444120
Robert Dillard, Esq. Bar No. 492948
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, D.C.  20036
(202) 776-0370
(202) 776-0975 fax

Date:   August 31, 2007              *Counsel for Joseph H. Nee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2007, a true and correct copy of the foregoing Answer of Defendant Joseph H. Nee to Complaint was sent via electronic service to:

Laura E. Jordan, Esq.
Law Offices of Laura E. Jordan
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

/s/ Robert L. Dillard
_____
Robert L. Dillard