UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WILLIE M JENKINS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv 1003(HHK) |
| | ) | |
| **JOSEPH H. NEE,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## Praecipe

Will the Clerk of the Court please note the entry of appearance of Curtis A. Boykin of the firm Douglas & Boykin PLLC as co-counsel for Mr. Joseph Nee, Defendant in the instant action.

Respectfully submitted,

/S/:  *Curtis A. Boykin*

Douglas & Boykin PLLC
Curtis A. Boykin (D.C. Bar No. 444120)
1850 M Street, NW
Suite 640
Washington, DC  20036
(202) 776-0370, telephone
(202) 776-0975, facsimile

Date: September 4, 2007          *Co-Counsel for Defendant Joseph H. Nee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2007, a true and correct copy of the foregoing Praecipe was sent via electronic service to:

Laura E. Jordan, Esq.
Law Offices of Laura E. Jordan
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

/s/: *Curtis A. Boykin*
_____
Curtis A. Boykin