IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE M. JENKINS,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSEPH H. NEE,<br><br>*Defendant.* | Civil Action No:<br>1:07-cv-01003-HHK |

## JOINT SCHEDULING REPORT

Pursuant to Rule 16.3 of the United States District Court Rules for the District of Columbia and Fed. R. Civ. P. 26(f), Plaintiff Willie M. Jenkins ("Plaintiff") and Defendant Joseph H. Nee ("Defendant"), through their undersigned counsel (hereinafter collectively referred to as the "Parties"), have met and conferred to discuss the claims and defenses in this action, and to agree on a jointly proposed discovery plan. The Parties submit the following report:

1.  The Parties have considered the nature and basis of their claims and defenses and whether the case is likely to be disposed of by dispositive motion. Presently, it appears that there are too many factual issues to permit resolution by way of a dispositive motion. If, through discovery, it appears that dispositive motions would be appropriate, the Parties will so advise the Court.

2. The Parties shall, if necessary, join other parties and amend the pleadings by March 31, 2008.

3. Plaintiff objects to the assignment of the case to a magistrate judge for all purposes; however, the Parties have agreed that the case should be assigned to a magistrate judge for resolution of discovery disputes, and for a settlement conference once discovery has been completed.

5. The Parties have considered whether the case could benefit from the Court's alternative dispute resolution ("ADR") procedures or some other form of ADR and have concluded that the benefits of ADR in resolving this matter are unknown at this time. Regarding the employment of the Court's ADR procedures or some other form of ADR, the Parties believe that mediation would be most appropriate following discovery.

6. At this time, the Parties do not know whether the case can be resolved by way of summary judgment. If, however, it appears at a later date that dispositive motions may be appropriate, the Parties shall file their dispositive motions, and/or cross-motions, not later than September 30, 2008. The Parties respectfully request a decision on dispositive motions by October 30, 2008.

7. The Parties shall make Fed. R. Civ. P. 26(a)(1) initial disclosures no later than April 15, 2008.

8. The Parties agree that all fact discovery, including answers to interrogatories, document production, requests for admission, and fact witness depositions shall be completed by August 29, 2008. The Parties do not request any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Local Rules.

9. The Parties shall make Fed. R. Civ. P. 26(a)(2) disclosures regarding the identity of experts and the exchange of expert reports in the manner as set forth in Fed. R. Civ. P. 26(a)(2). The Parties agree that Plaintiff's experts shall be disclosed no later than June 13, 2008. Defendant's experts shall be disclosed no later than July 18, 2008.

10. This matter is not a class action.

11. The Parties have agreed that the trial and/or discovery should not be bifurcated or managed in phases.

12. The Parties respectfully request that the pretrial conference in this matter be scheduled on or after December 3, 2008, depending on the Court's availability.

13. The Parties have agreed that a trial date should be set at the pretrial conference.

Respectfully submitted,

/s/ Laura E. Jordan

---

Laura E. Jordan, Esq., Bar No. 416707
Law Offices of Laura E. Jordan, P.C.
4702 Wisconsin Ave., NW
Washington, DC 20016
202-244-4600
(202) 244-4657, fax
*Counsel for Plaintiff Willie M. Jenkins*

/s/ Robert L. Dillard

---

Frederick A. Douglas, Esq. Bar No. 197897
Curtis A. Boykin, Esq. Bar No. 444120
Robert Dillard, Esq. Bar No. 492948
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, DC 20036
(202) 776-0370
(202) 776-0975 fax
*Counsel for Defendant Joseph H. Nee*

February 19, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIE M. JENKINS, )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>)<br>v. )<br>)<br>)<br>JOSEPH H. NEE, )<br>)<br>)<br>*Defendant*. )<br>) | Civil Action No:<br>1:07-cv-01003-HHK |

## SCHEDULING ORDER

Counsel for all parties having reported on the status of this action, and the Court having considered the positions of the respective counsel regarding a schedule for the progression of the case,

IT IS HEREBY ORDERED that:

1) Fed. R. Civ. P. 26(a)(1) initial disclosures shall be made no later than **April 15, 2008**.

2) All discovery, including answers to interrogatories, document production, requests for admission, and fact witness depositions shall be completed by **August 29, 2008**.

3) Expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by Plaintiff/Counter Plaintiff no later than **June 13, 2008**. Expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by Defendant/Counter Defendant no later than **July 18, 2008**. Expert witness shall be deposed no later than **August 29, 2008**.

4) All dispositive motions, and/or cross-motions shall be filed not later than **September 30, 2008**. A decision on these motions shall be issued by **October 30, 2008**.

5)	A pretrial conference is scheduled for _____ at a time to be determined by the Court.

6)	A trial date shall be set during the pretrial conference.

ENTERED this _____ day of February, 2008.

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court Judge