UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____       :
                                          :
WILLIAM JENKINS,                          :
                                          :
       Plaintiff,                         :
                                          :
                                          :
                                          :
       v.                                :   1:07-cv-01003 (HHK)
                                          :
                                          :
JOSEPH NEE,                               :
                                          :
       Defendant.                         :
                                          :
_____:

## *Praecipe*

    Will the Clerk of the Court please note the change in e-mail address of undersigned counsel for JOSEPH NEE.

                                                         Respectfully submitted,

                                                         *Frederick A. Douglas*
                                                         Frederick A. Douglas
                                                         Douglas & Boykin PLLC
                                                         1850 M Street, NW
                                                         Ste 640
                                                         Washington D.C. 20036
                                                         FADouglas@douglasboykin.com