IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS**, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No: |
| | ) 1:07-cv-01003-HHK |
| **JOSEPH H. NEE**, *ET AL.*, | ) |
| *Defendants.* | ) |

**CONSENT MOTION TO EXTEND DEADLINE FOR FILING
DEFENDANTS' RESPONSIVE PLEADINGS TO
<u>AMENDED COMPLAINT</u>**

COME NOW Defendants, District of Columbia Housing Authority and Joseph H. Nee, through undersigned counsel and request an extension of time to file their responsive pleading to Plaintiffs' Amended Complaint by an additional thirty (30) days up to and including May 21, 2008. Defendants submit that this is their first request for an extension and good cause to grant the instant Motion exists. Furthermore, as the parties are still well within the initial phases of this matter, no delay to trial deadlines will occur as a result of the requested relief.

On March 31, 2008, Plaintiff filed his Amended Complaint, adding the District of Columbia Housing Authority as a party to the above-captioned matter. Since that time, Defendants have diligently investigated the allegations contained in the Amended Complaint in preparation of their responsive pleading. However, due to the need for additional investigation concerning the substance of the allegations, Defendants require additional time to complete their preparation of their response to the Amended Complaint. Defendants submit that an extension of

time by an additional 30 days up to and including May 21, 2008, will provide sufficient time to complete the preparation of their responsive pleadings.

Defendants certify that they, through counsel, sought the consent of Plaintiff and Plaintiff's counsel has graciously consented to the relief requested herein. Furthermore, Defendants submit that neither party will be prejudiced nor will an amendment to the Court's Scheduling Order be required should the Court grant the instant Consent Motion.

WHEREFORE, Joseph H. Nee and the District of Columbia Housing Authority respectfully request this Court grant is Consent Motion to Extend Deadline for Filing Defendants' Responsive Pleading to Amended Complaint up to, and including, May 21, 2008.

Respectfully submitted,

Dated: April 21, 2008

/s/ Robert L. Dillard
_____
Frederick A. Douglas, Esq. Bar No. 197897
Curtis A. Boykin, Esq. Bar No. 444120
Robert Dillard, Esq. Bar No. 492948
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, D.C.  20036
(202) 776-0370
(202) 776-0975 fax
*Counsel for Joseph H. Nee*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS**, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**JOSEPH H. NEE**, *ET AL.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No:<br>1:07-cv-01003-HHK |

## POINTS AND AUTHORITIES

In support of their Consent Motion to Extend Deadline for Filing Responsive Pleadings to Amended Complaint, Joseph H. Nee and the District of Columbia Housing Authority rely upon:

1. Federal Rule of Civil Procedure 6(b);

2. The Consent of Plaintiff's counsel;

3. The record herein; and

4. The fair of administration of justice.

Respectfully submitted,

Dated: April 21, 2008

/s/ Robert L. Dillard

Frederick A. Douglas, Esq. Bar No. 197897
Curtis A. Boykin, Esq. Bar No. 444120
Robert Dillard, Esq. Bar No. 492948
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, D.C.  20036
(202) 776-0370
(202) 776-0975 fax
*Counsel for Joseph H. Nee*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2008, a true and correct copy of the foregoing Consent Motion to Extend Deadline for Filing Responsive Pleading to Amended Complaint was sent, via electronic service, to:

Laura E. Jordan, Esq.
Law Offices of Laura E. Jordan
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

                                                  /s/ Robert L. Dillard
                                                  _____
                                                  Robert L. Dillard

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILLIE M. JENKINS**,           )<br>                                             )<br>     *Plaintiff*,                       )<br>                                             )<br>           v.                            )<br>                                             )<br>                                             )<br>**JOSEPH H. NEE**, *ET AL.,*    )<br>                                             )<br>     *Defendants.*                 )<br>                                             ) | Civil Action No:<br>1:07-cv-01003-HHK |

## ORDER

IN CONSIDERATION of Joseph H. Ne and the District of Columbia Housing Authority's Consent Motion to Extend Deadline for Filing Responsive Pleading to Amended Complaint, and good causing having been shown, it is this _____ day of _____ 2008, hereby

**GRANTED**, and it is further,

**ORDERED,** that Defendants' deadline for filing their responsive pleading to the Amended Complaint is extended up to and including May 21, 2008.

---------------------------------
Judge Henry Kennedy

Copies to:

Frederick A. Douglas, Esq.          Laura E. Jordan, Esq.
Curtis A. Boykin, Esq.                 Law Offices of Laura E. Jordan, P.C.
Douglas & Boykin PLLC             4702 Wisconsin Ave., NW
1850 M Street, NW Suite 640     Washington, DC 20016
Washington, D.C.  20036