## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS**, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | ) Civil Action No: |
| | ) 1:07-cv-01003-HHK |
| | ) |
| **JOSEPH H. NEE**, *ET AL.,* | ) |
| | ) |
| *Defendants.* | ) |

### CONSENT MOTION TO EXTEND DEADLINE FOR FILING
### DEFENDANTS' RESPONSIVE PLEADINGS TO
### AMENDED COMPLAINT

COME NOW Defendants, District of Columbia Housing Authority and Joseph H. Nee,

through undersigned counsel and request an extension of time to file their responsive pleading to

Plaintiff's Amended Complaint by an additional sixteen (16) days up to and including June 6,

2008. Defendants submit that, although this is their second request for an extension, good cause

to grant the instant Motion exists. Furthermore, as the parties are still well within the initial

phases of this matter, no delay to trial deadlines will occur as a result of the requested relief.

On March 31, 2008, Plaintiff filed his Amended Complaint, adding the District of

Columbia Housing Authority as a party to the above-captioned matter. Since that time,

Plaintiff's counsel has indicated to Defendants' counsel that she had additional information to

provide regarding the Amended Complaint. As such, Defendants require additional time to

review Plaintiff's additional information upon receipt and prepare their response to the Amended

Complaint. Defendants submit that an extension of time by an additional 16 days up to and

including June 6, 2008, will provide sufficient time to review Plaintiff's additional information and complete the preparation of their responsive pleadings.

Defendants certify that they, through counsel, sought the consent of Plaintiff and Plaintiff's counsel has stated that she does not object to the relief requested herein.  Furthermore, Defendants submit that neither party will be prejudiced nor will an amendment to the Court's Scheduling Order be required should the Court grant the instant Consent Motion.

WHEREFORE, Joseph H. Nee and the District of Columbia Housing Authority respectfully request this Court grant is Consent Motion to Extend Deadline for Filing Defendants' Responsive Pleading to Amended Complaint up to, and including, June 6, 2008.


Respectfully submitted,

Dated: May 21, 2008


/s/ Robert L. Dillard
_____
Frederick A. Douglas, Esq. Bar No. 197897
Curtis A. Boykin, Esq. Bar No. 444120
Robert Dillard, Esq. Bar No. 492948
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, D.C.  20036
(202) 776-0370
(202) 776-0975 fax
*Counsel for Joseph H. Nee*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**WILLIE M. JENKINS**,                  )
                                        )
    *Plaintiff,*             )
                                        )
    **v.**                    )    Civil Action No:
                                        )    1:07-cv-01003-HHK
                                        )
**JOSEPH H. NEE**, *ET AL.,*            )
                                        )
    *Defendants.*             )
_____)

## POINTS AND AUTHORITIES

In support of their Consent Motion to Extend Deadline for Filing Responsive Pleadings to

Amended Complaint, Joseph H. Nee and the District of Columbia Housing Authority rely upon:

1. Federal Rule of Civil Procedure 6(b);

2. The Consent of Plaintiff's counsel;

3. The record herein; and

4. The fair of administration of justice.

                Respectfully submitted,

Dated: May 21, 2008

              /s/ Robert L. Dillard
              _____
              Frederick A. Douglas, Esq. Bar No. 197897
              Curtis A. Boykin, Esq. Bar No. 444120
              Robert Dillard, Esq. Bar No. 492948
              Douglas & Boykin PLLC
              1850 M Street, NW Suite 640
              Washington, D.C.  20036
              (202) 776-0370
              (202) 776-0975 fax
              *Counsel for Joseph H. Nee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2008, a true and correct copy of the

foregoing Consent Motion to Extend Deadline for Filing Responsive Pleading to Amended

Complaint was sent, via electronic service, to:

Laura E. Jordan, Esq.
Law Offices of Laura E. Jordan
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

/s/ Robert L. Dillard
_____

Robert L. Dillard

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                )
**WILLIE M. JENKINS**,                           )
                                                )
    *Plaintiff*,                                )
                                                )
      **v.**                               )     Civil Action No:
                                                )     1:07-cv-01003-HHK
                                                )
**JOSEPH H. NEE**, *ET AL.,*                     )
                                                )
    *Defendants.*                               )
_____)

## <u>ORDER</u>

    IN CONSIDERATION of Joseph H. Nee and the District of Columbia Housing

Authority's Consent Motion to Extend Deadline for Filing Responsive Pleading to Amended

Complaint, and good causing having been shown, it is this _____ day of _____

2008, hereby

**GRANTED**, and it is further,

**ORDERED,** that Defendants' deadline for filing their responsive pleading to the Amended

Complaint is extended up to and including June 6, 2008.


                               _____
                               Judge Henry Kennedy

Copies to:

Frederick A. Douglas, Esq.          Laura E. Jordan, Esq.
Curtis A. Boykin, Esq.              Law Offices of Laura E. Jordan, P.C.
Douglas & Boykin PLLC           4702 Wisconsin Ave., NW
1850 M Street, NW Suite 640      Washington, DC 20016
Washington, D.C.  20036