IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | ) | |
|---|---|---|
| WILLIE M. JENKINS, | ) | |
|     Plaintiff, | ) | Civil Action No.  1:07-cv-1003-HHK |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH NEE, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

### NOTICE OF FILING

Plaintiff Willie M. Jenkins hereby files his verification of his first amended complaint, which first amended complaint was filed on April 1, 2008.

                            Respectfully submitted,

                            _____ */s/ Laura E. Jordan* _____
                            Laura E. Jordan, Esq., Bar No. 416707
                            Law Offices of Laura E. Jordan, P.C.
                            4702 Wisconsin Ave., N.W.
                            Washington, D.C.  20016
                            202-244-4600
                            facsimile: 202-244-4657

### Certificate of Service

I hereby certify that a copy of the foregoing, with attachment, was served via ECF on all counsel of record this May 29, 2008.


_____ */s/ Laura E. Jordan* _____

## VERIFICATION

I declare under penalties of perjury that the foregoing is true and correct.

_____  
Willie M. Jenkins

4/14/08  
Date