IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS**, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No: |
| | ) 1:07-cv-01003-HHK |
| **JOSEPH H. NEE**, *et al.*, | ) |
| *Defendants*. | ) |

# ANSWER OF DEFENDANT JOSEPH H. NEE TO FIRST AMENDED COMPLAINT

Defendant, Joseph H. Nee (hereinafter "Mr. Nee" or "Defendant"), by and through undersigned counsel, hereby answers the First Amended Complaint filed by Willie M. Jenkins (hereinafter "Mr. Jenkins" or "Plaintiff") in the above-captioned matter. Defendant hereby answers and responds to the First Amended Complaint as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant retains the right to assert all appropriate defenses supported by facts learned through discovery or trial herein. Additionally, Defendant denies any claims of liability asserted in the Complaint filed herein.

## THIRD AFFIRMATIVE DEFENSE

Defendant hereby denies all allegations contained in the Complaint not expressly admitted to herein.

### FOURTH AFFIRMATIVE DEFENSE

Defendant pleads all available statutory defenses.

### FIFTH AFFIRMATIVE DEFENSE

In regard to the specific allegations of the First Amended Complaint ("Complaint") by correspondingly numbered paragraphs, Defendant states as follows:

1. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

2. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

3. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

4. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

6. Defendant admits the allegation contained in this paragraph of the Complaint.

7. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

8. Defendant admits the allegation contained in this paragraph of the Complaint.

9. Defendant admits the allegation contained in this paragraph of the Complaint.

10. Defendant admits the allegation contained in this paragraph of the Complaint.

11. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

12. The allegation contained in this paragraph of the Complaint is denied.

13. The allegation contained in this paragraph of the Complaint is denied.

14. The allegation contained in this paragraph of the Complaint is denied.

15. The allegation contained in this paragraph of the Complaint is denied.

16. The allegation contained in this paragraph of the Complaint is denied.

17. The allegations contained in this paragraph of the Complaint, including subparts a through h, are denied.

## **FIRST CLAIM**

18. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 17 of the Complaint.

19. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

20. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

21. The allegation contained in this paragraph of the Complaint is denied.

22. The allegation contained in this paragraph of the Complaint is denied.

## SECOND CLAIM

23. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 22 of the Complaint.

24. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

25. The allegation contained in this paragraph of the Complaint is denied.

26. The allegation contained in this paragraph of the Complaint is denied.

27. The allegation contained in this paragraph of the Complaint is denied.

## THIRD CLAIM

28. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 27 of the Complaint.

29. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

30. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

31. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

32. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

## FOURTH CLAIM

33. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 32 of the Complaint.

34. The allegation in this paragraph of the Amended Complaint is denied.

35. The allegation in this paragraph of the Amended Complaint is denied.

36. The allegation contained in this paragraph of the Complaint is denied.

## FIFTH CLAIM

37. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 36 of the Complaint.

38. The allegation contained in this paragraph of the Complaint is denied.

39. The allegation contained in this paragraph of the Complaint is denied.

40. The allegation contained in this paragraph of the Complaint is denied.

## SIXTH CLAIM

41. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 40 of the Complaint.

42. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

43. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation contained in this paragraph of the Complaint; therefore the allegation is denied and Defendant demands strict proof thereof.

44. The allegation contained in this paragraph of the Complaint is denied.

45. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

46. The allegation contained in this paragraph of the Complaint is denied.

## SEVENTH CLAIM

47. Defendant incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 46 of the Complaint.

48. The allegation contained in this paragraph of the Complaint is denied.

49. The allegation contained in this paragraph of the Complaint is denied.

50. The allegation contained in this paragraph of the Complaint is denied.

51. The allegation contained in this paragraph of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, the allegation is denied and Defendant demands strict proof thereof.

52. The allegation contained in this paragraph of the Complaint is denied.

The allegations in the unnumbered paragraph which follows paragraph 52 are Plaintiff's request for relief to which no answer is required; however, to the extent a response is required, Defendant denies that any relief should be awarded and requests that the Court dismiss the Amended Complaint, allowing Plaintiff to take nothing by way of damages and/or costs against Defendant.

WHEREFORE, Defendant requests judgment in its favor and against Plaintiff and granting of such other and further relief as is just and proper.

                          Respectfully submitted,

                            /s/ *Robert L. Dillard*
                      By: _____
                      Frederick A. Douglas, Esq. Bar No. 197897
                      Curtis A. Boykin, Esq. Bar No. 444120
                      Robert Dillard, Esq. Bar No. 492948
                      Douglas & Boykin PLLC
                      1850 M Street, NW Suite 640
                      Washington, D.C.  20036
                      (202) 776-0370
                      (202) 776-0975 fax
Date:  June 6, 2008          *Counsel for Joseph H. Nee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6st day of June, 2008, a true and correct copy of the foregoing Answer of Defendant Joseph H. Nee to First Amended Complaint was sent via electronic service to:

Laura E. Jordan, Esq.
Law Offices of Laura E. Jordan
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

/s/ Robert L. Dillard
_____
Robert L. Dillard