IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE M. JENKINS,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSEPH H. NEE,<br><br>*Defendant.* | Civil Action No:<br>1:07-cv-01003-HHK |

### PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO DCHA'S MOTION TO DISMISS

COMES NOW Plaintiff, with the consent of Defendant District of Columbia Housing Authority ("DCHA"), and moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time to July 14, 2008 for Plaintiff to respond to DCHA's motion to dismiss the complaint against it. This request is supported by good cause and excusable neglect in that the motion as originally served inexplicably was not saved to counsel's hard drive; hence, the response was not docketed. Counsel for DCHA consents to the relief requested herein.

A statement of supporting points and authorities accompanies this motion and is incorporated as if fully set forth herein.

Respectfully submitted,

2

                                        _____
                                        Laura E. Jordan, Esq., Bar No. 416707
                                        Law Offices of Laura E. Jordan, P.C.
                                        4702 Wisconsin Ave., NW
                                        Washington, DC 20016
                                        202-244-4600
                                        Facsimile:  202-244-4657
                                        *Counsel for Plaintiff Willie M. Jenkins*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE M. JENKINS,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSEPH H. NEE,<br><br>*Defendant.* | Civil Action No:<br>1:07-cv-01003-HHK |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO DCHA'S MOTION TO DISMISS**

Plaintiff Willie M. Jenkins, by and through undersigned counsel, hereby submits his statement of points and authorities in support of his consent motion for an extension of time until July 14, 2008 in which to respond to DCHA's motion to dismiss the complaint against it. In support thereof, Mr. Jenkins respectfully states as follows:

Undersigned counsel first became aware of this motion on July 8, 2008, while reviewing emails from the Court in this case. During that review, she saw an ECF email noting service of DCHA's motion to dismiss on June 6, 2008. Being shocked and appalled that the motion had escaped her attention, counsel immediately accessed and downloaded the motion and order. In the course of doing so, counsel had also attempted to access other pleadings in this case that she had accessed previously, so was required to log in to the PACER system. Because of the previous login, counsel cannot say frankly

3

whether she had previously logged in and retrieved DCHA's motion; however, she certainly had no prior knowledge of it.

DCHA's motion was served on June 6, 2008. Under Federal Rule of Civil Procedure 6, Mr. Jenkins' opposing points and authorities were due by June 26, 2008. Counsel immediately contacted Curtis Boykin, DCHA's counsel, and asked for a brief extension in which to oppose DCHA's motion. DCHA, through Mr. Boykin, graciously consented to an extension until July 14, 2008.

Counsel submits that good cause and excusable neglect supports granting the relief requested. There is good cause in that it would greatly prejudice Mr. Jenkins not to be able to submit a response to DCHA's motion; DCHA's consent means that it will not be prejudiced thereby. Additionally, the arguments in DCHA's motion will not lose their vitality with an additional 18 calendar days for Mr. Jenkins to respond. The efficient administration of the case will not be impaired, because the next scheduled event involving this honorable Court's discretion should be a decision on any dispositive motion filed on or before the September 30, 2008 deadline for such motions.

With respect to the excusable neglect factor, Mr. Jenkins respectfully submits that no neglect occurred, but to the extent any did, it was excusable. It is not clear where the error in receiving the motion occurred, but counsel's review of the emails in early July minimized the potential damage resulting from such error, allowing her to respond as quickly as possible to the motion. Counsel acted with alacrity in discovering the situation, and proposes a deadline, with DCHA's consent, for responding. This motion was filed promptly thereafter. Thus, to the extent any neglect occurred in these

4

circumstances, Mr. Jenkins respectfully submits it was "excusable" and thus justifies granting the extension.

In light of the foregoing, Plaintiff respectfully requests that the Court grant this motion, and extend the deadline for responding to DCHA's motion to dismiss to July 14, 2008. WHEREFORE Plaintiff prays that the Court enter the proposed attached Order, adjusting the scheduling order in this matter.

Respectfully submitted,

_____ /s/ Laura E. Jordan _____
Laura E. Jordan, Esq., Bar No. 416707
Law Offices of Laura E. Jordan, P.C.
4702 Wisconsin Ave., NW
Washington, DC 20016
202-244-4600
Facsimile: 202-244-4657
*Counsel for Plaintiff Willie M. Jenkins*

Certificate of Service

I hereby certify that a copy of the foregoing was served on Frederick A. Douglas, Esq., Curtis A. Boykin, Esq., Robert Dillard, Esq., Douglas & Boykin PLLC, 1850 M Street, NW Suite 640, Washington, DC 20036, counsel for Joseph Nee and the District of Columbia Housing Authority, this July 10, 2008 via the ECF system.

_____ /s/ Laura E. Jordan _____
Laura E. Jordan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS**,        )<br>)<br>)<br>*Plaintiff*,        )<br>)<br>)<br>v.        )<br>)<br>**JOSEPH H. NEE**,        )<br>)<br>)<br>*Defendant.*        )<br>)  | Civil Action No:<br>1:07-cv-01003-HHK |

### ORDER

Upon consideration of Plaintiff's consent motion for extension of time to respond to the District of Columbia Housing Authority's motion to dismiss, and the points and authorities in support thereof, it is hereby

ORDERED that Plaintiff's motion be, and hereby is, GRANTED. It is further

ORDERED that Plaintiff shall have until July 14, 2008 to respond to the motion to dismiss of the District of Columbia Housing Authority.

ENTERED this ____ day of July, 2008.

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court Judge

Copies:

| | |
|---|---|
| Laura E. Jordan, Esq. | Frederick A. Douglas, Esq. |
| Law Offices of Laura E. Jordan, P.C. | Curtis A. Boykin, Esq. |
| 4702 Wisconsin Ave., NW | Robert Dillard, Esq. |
| Washington, DC 20016 | Douglas & Boykin PLLC |
| | 1850 M Street, NW, Suite 640 |
| | Washington, DC  20036 |