IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIE M. JENKINS**, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No: 1:07-cv-01003-HHK |
| **JOSEPH H. NEE**, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) | |

## MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

COMES NOW Defendants, Joseph H. Nee and the District of Columbia Housing Authority (hereinafter collectively referred to as "Defendants"), through undersigned counsel and, pursuant to Federal Rule of Civil Procedure 37, respectfully request an order compelling Plaintiff Willie M. Jenkins to produce responses to Defendants' Interrogatories and Request for Production of Documents. In support of their Motion, Defendants submit the attached Points and Authorities and proposed order.

WHEREFORE, Defendants respectfully request and order compelling Plaintiff Willie M. Jenkins to produce responses to their Interrogatories and Request for Production of Documents.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

/s/ Robert L. Dillard

_____

Frederick A. Douglas, Esq. Bar No. 197897
Curtis A. Boykin, Esq. Bar No. 444120
Robert Dillard, Esq. Bar No. 492948
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, D.C.  20036
(202) 776-0370
(202) 776-0975 fax
*Counsel for Defendants*

Dated: August 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS**, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No: |
| | ) 1:07-cv-01003-HHK |
| **JOSEPH H. NEE**, *et al.*, | ) |
| *Defendants.* | ) |

**POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

IN SUPPORT of their Motion to Compel Responses to Discovery Requests, Defendants Joseph H. Nee and the District of Columbia Housing Authority state the following:

1.   On March 3, 2008, this Court issued its Scheduling Order in the above-captioned matter. In the Scheduling Order, the Court required that all discovery, including answers to interrogatories and document production, be completed by August 29, 2008.

2.   Pursuant to the Court's Order, on July 1, 2008, Defendants propounded their First Set of Interrogatories and Requests for Production of Documents ("discovery requests") upon Plaintiff, Willie M. Jenkins.  Plaintiff's responses to these discovery requests were due to be returned to Defendants on or before August 4, 2008.

3.   Plaintiff failed to produce any response whatsoever to Defendants' discovery requests on or before August 4, 2008.

4.   On August 12, 2008, Defendants, through counsel, advised Plaintiff of his failure to respond to their discovery requests and requested that the responses be returned no later than

3

August 22, 2008 in order to allow Defendants to complete discovery in this matter. Plaintiff has failed to provide any responses to Defendants' requests as of the date of the instant Motion.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that this Honorable Court:

1. Grant the instant Motion to Compel Responses to Discovery Requests;

2. Enter an order requiring Plaintiff to provide answers to Defendants' First Set of Interrogatories and Requests for Production of Documents within ten days of the order; and

3. Grant Defendants Joseph H. Nee and the District of Columbia Housing Authority any other further relief that is deemed appropriate.

Respectfully submitted,

/s/ Robert L. Dillard
_____
Frederick A. Douglas, Esq. Bar No. 197897
Curtis A. Boykin, Esq. Bar No. 444120
Robert Dillard, Esq. Bar No. 492948
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, D.C. 20036
(202) 776-0370
(202) 776-0975 fax
*Counsel for Defendants*

Dated: August 25, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2008, a true and correct copy of the foregoing Motion to Compel Responses to Discovery Requests was sent, via electronic service, to:

Laura E. Jordan, Esq.
Law Offices of Laura E. Jordan
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

/s/ Robert L. Dillard
_____
Robert L. Dillard

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WILLIE M. JENKINS**, | ) | |
| *Plaintiff*, | ) ) ) ) | |
| v. | ) ) | Civil Action No: 1:07-cv-01003-HHK |
| **JOSEPH H. NEE**, *et al.,* | ) ) ) | |
| *Defendants.* | ) ) | |

## **ORDER**

UPON CONSIDERATION of Defendants' Motion to Compel Responses to Discovery Requests and any opposition thereto, and finding that good cause exists to grant the Motion, it is this _____ day of _____, 2008,

**ORDERED**, that Defendants' Motion to Compel Responses to Discovery Requests is **GRANTED**; and it is further

**ORDERED**, that Plaintiff must provide responses to Defendants' First Set of Interrogatories and Requests for Production of Documents within ten days of this Order.

 

_____
Judge Henry Kennedy

Copies to:

Frederick A. Douglas, Esq.  
Curtis A. Boykin, Esq.  
Douglas & Boykin PLLC  
1850 M Street, NW Suite 640  
Washington, D.C.  20036

Laura E. Jordan, Esq.  
Law Offices of Laura E. Jordan, P.C.  
4702 Wisconsin Ave., NW  
Washington, DC 20016