UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE M. JENKINS,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**JOSEPH NEE**<br><br>and<br><br>**DISTRICT OF COLUMBIA HOUSING AUTHORITY,**<br><br>　　　　　**Defendants.** | Civil Action 07-01003 (HHK) |

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE DEBORAH ROBINSON

It is this 27th day of August 2008, hereby

**ORDERED** that defendants' motion to compel [#21], as well as all further motions relating to discovery or discovery-related disputes, are referred to United States Magistrate Judge Deborah Robinson for her determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Robinson, "DAR," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge