**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIO M. JENKINS**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | 1:07-cv-01003-HHK/DAR |
| ) | Next Event: August 29, 2008 |
| **JOSEPH H. NEE**, *et al.,* ) | Close of Discovery |
| ) | |
| *Defendants.* ) | |

### JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND SUBSEQUENT DEADLINES

COME NOW Plaintiff Willie M. Jenkins and Defendants Joseph H. Nee and the District of Columbia Housing Authority (hereinafter collectively referred to as "the parties") and respectfully request an extension of the time in which to complete discovery and file dispositive motions in the above-captioned matter by an additional sixty (60) days up to and including October 28, 2008 and December 1, 2008, respectively. The parties certify that good cause exists to grant the instant Joint Motion.

WHEREFORE, the parties respectfully request an extension of time in which to complete discovery and file dispositive motions in the above-captioned matter by an additional sixty (60) days up to and including October 28, 2008 and December 1, 2008, respectively.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

/s/ Laura E. Jordan                                   /s/ Robert L. Dillard

_____        _____
Laura E. Jordan, Esq., 416707                   Frederick A. Douglas, Esq., 197897
Law Offices of Laura E. Jordan, P.C.         Curtis A. Boykin, Esq., 444120
4702 Wisconsin Ave., NW                         Robert L. Dillard, Esq., 492948
Washington, DC 20016                              Douglas & Boykin, PLLC
202-244-4600 (telephone)                         1850 M Street, NW, Suite 640
202-244-4657 (facsimile)                           Washington, DC 20036-5839
*Counsel for Plaintiff*                                 202-776-0370 (telephone)
                                                                    202-776-0975 (facsimile)
                                                                    *Counsel for Defendants*

Dated: August 29, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILLIE M. JENKINS**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | 1:07-cv-01003-HHK/DAR |
| ) | |
| **JOSEPH H. NEE**, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## POINTS AND AUTHORITIES

In support of their Joint Motion to Extend Time to Complete Discovery and Subsequent Deadlines, Plaintiff Willie M. Jenkins and Defendants Joseph H. Nee and the District of Columbia Housing Authority (hereinafter collectively referred to as "the parties") state the following:

1. On March 3, 2008, the Court issued its Scheduling Order directing that discovery be completed by August 29, 2008.

2. Pursuant to the Order, the parties have diligently engaged in discovery by exchanging written discovery requests and scheduling depositions of fact witnesses prior to the Court-ordered deadline. However, due to the unforeseen need to postpone and reschedule depositions of fact witnesses for both Plaintiff and Defendants, the parties now require additional time to complete discovery in this matter.

3. The parties submit that an extension of time for the completion of discovery and filing of subsequent dispositive motions by an additional 60 days up to and including October 28, 2008

3

and December 1, 2008 respectively will provide sufficient time to complete these matters. Further, an extension of time to complete discovery and file dispositive motions will not prejudice either party and is in the best interests of the fair administration of justice.

WHEREFORE, the parties respectfully request an extension of time to complete discovery and file dispositive motions in the above-captioned matter by an additional sixty (60) days up to and including October 28, 2008 and December 1, 2008, respectively.

Respectfully submitted,

/s/ Laura E. Jordan                                              /s/ Robert L. Dillard

_____          _____
Laura E. Jordan, Esq., 416707                       Frederick A. Douglas, Esq. 197897
Law Offices of Laura E. Jordan, P.C.             Curtis A. Boykin, Esq., 444120
4702 Wisconsin Ave., NW                            Robert L. Dillard, Esq., 492948
Washington, DC 20016                                 Douglas & Boykin, PLLC
202-244-4600 (telephone)                            1850 M Street, NW, Suite 640
202-244-4657 (facsimile)                              Washington, DC, 20036-5839
*Counsel for Plaintiff*                                      202-776-0370 (telephone)
                                                                        202-776-0975 (facsimile)
                                                                        *Counsel for Defendants*

Dated: August 29, 2008

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August, 2008, a true and correct copy of the foregoing Joint Motion to Extend Time to Complete Discovery and Subsequent Deadlines was sent, via electronic service, to:

Laura E. Jordan, Esq.
Law Offices of Laura E. Jordan
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

/s/ Robert L. Dillard
_____
Robert L. Dillard

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIE M. JENKINS**, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>**JOSEPH H. NEE**, *et al.,* )<br>)<br>*Defendants*. )<br>) | Civil Action No:<br>1:07-cv-01003-HHK/DAR |

## ORDER

**UPON CONSIDERATION** of the Joint Motion to Extend Time to Complete Discovery and Subsequent Deadlines (hereinafter referred to as the "Joint Motion"), the grounds stated in support thereof, and finding that good cause to grant the Motion exists, it is this _____ day of

_____,

**ORDERED that the Joint Motion be and hereby is GRANTED**, and it is further

**ORDERED**, that the Scheduling Order of March 3, 2008, shall be amended as follows:

3) Answers to interrogatories, document production, requests for admission, and fact witness depositions shall be completed by **October 28, 2008**;

5) Dispositive motions, and/or cross-motions shall be filed no later than **December 1, 2008**.

**SO ORDERED.**

                                                _____
                                                Magistrate Judge Deborah Robinson

Copies to:

Laura E. Jordan, Esq.,
Law Office of Laura E. Jordan, P.C.
4702 Wisconsin Ave., NW
Washington, DC 20016
*Counsel for Plaintiff*

Frederick A. Douglas, Esq.
Curtis A. Boykin, Esq.
Douglas & Boykin PLLC
1850 M Street, NW Suite 640
Washington, D.C. 20036-5839
*Counsel for Defendants*